AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL GORDON TANNER<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-mj-02030-DRM<br>)<br>)<br>)<br>) |

FILED AUG 14 2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 11, 2025__ in the county of _____ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §751(a) | Escape From Custody Resulting From Conviction |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*cory cade*
Complainant's signature

Deputy U.S. Marshal Cory Cade
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 13, 2025

City and state: Baltimore, Maryland

*[Judge's signature]*
Judge's signature

Douglas R. Miller, U.S. Magistrate Judge
*Printed name and title*